COWAN DEBAETS ABRAHAMS & SHEPPARD LLP
30765 Pacific Coast Highway, Suite 411
Malibu, California 90265

STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MASTERFILE CORPORATION,<br><br>        Plaintiff,<br><br>  v.<br><br>PACIFIC GENUITY,<br><br>        Defendants. | Case No. CV 10-02989 ~~EDL~~ JSW<br><br>~~[PROPOSED]~~ **ORDER TO CHANGE TIMES** |

IT IS HEREBY ORDERED that the Initial Case Management Conference ~~due~~ set for October 19, 2010, by sixty (60) days, or until December 17, 2010, and that all other dates be reset accordingly.

Dated: October __7__ 2010

_____
U.S.D.J.  *Jeffrey S. White*

1

ORDER